IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CV-110-D

ELIZABETH LOVELL, Individually, )
and ELIZABETH LOVELL, as General )
Personal Representative of the Estate of )
Jonathan Leslie Skeem, )
)
               Plaintiffs, )
)
                  v. )             **ORDER**
)
RELIANCE STANDARD LIFE )
INSURANCE COMPANY, )
)
             Defendant. )

On June 4, 2010, defendant Reliance Standard Life Insurance Company moved to dismiss the complaint for failure to state a claim upon which relief can be granted [D.E. 2]. On June 24, 2010, plaintiffs filed an amended complaint [D.E. 7]. Defendant's motion to dismiss [D.E. 2] is DENIED as moot.

SO ORDERED. This 2 day of July 2010.

                                                 JAMES C. DEVER III
                                               United States District Judge